

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00358-CR
### NO. 02-12-00359-CR

GLEN LATEL POWE
A/K/A GLEN POWE

APPELLANT

V.

THE STATE OF TEXAS

STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Glen Latel Powe a/k/a Glen Powe attempts to appeal from his two convictions, pursuant to plea bargains, for aggravated robbery with a deadly weapon. The trial court's certification of his right to appeal for each of these convictions states that this "is a plea-bargain case, and the defendant has NO right of appeal."

---

[1]See Tex. R. App. P. 47.4.

On August 9, 2012, this court notified appellant about the statement on the trial court's certifications and informed him that unless he or any party desiring to continue the appeals filed with the court, on or before August 20, 2012, a response showing grounds for continuing the appeals, the appeals may be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. We have received no response. Therefore, we dismiss these appeals.[2] *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 11, 2012

---

[2]Appellant's other appeals in cause numbers 02-12-00356-CR and 02-12-00357-CR remain pending in this court.